**Order entered November 27, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01503-CV

**STEPHEN W. CLARK, Appellant**

**V.**

**DILLARD'S INC., ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12848**

## ORDER

Before the Court is the motion of Diane Robert, Official Court Reporter for the 14th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record until January 31, 2014. We **GRANT** the motion **TO THE EXTENT** that the reporter's record shall be filed on or before December 27, 2013. *See* TEX. R. APP. P. 35.3(c).

/s/ ELIZABETH LANG-MIERS
JUSTICE